A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



LORENZ LEROY SESSION  05-60825

PLAINTIFF

CIV-SEITZ

MAGISTRATE JUDGE
WHITE

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

v.

ARMOR Correctional Health Serives, Inc.
- N -
Doctor Campbel

Rec'd in MIA Dkt 5/13/05

DEFENDANTS

(Enter above the full name of the defendant or
defendants in this action.)

Instructions for Filing Complaint by Prisoners Under the
Civil Rights Act, 42 U. S. C. 1983

This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for you own records. **All copies of the complaint must be identical to the original.**

The clerk will not file your complaint unless it conforms to these instructions and to these forms.

Your complaint must be legibly handwritten or typed. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants are located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue. Broward ("1983")

cat / div
Case # 0:05cv60825
Judge PAS M PAW
Motn Ifp NO   Fee pd $ NO

1

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in other copy is for your records. After filling in the petition, authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   
   Yes (X)   No ( )
   
   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
   
   1. Parties to this previous lawsuit
      Plaintiffs: **Lorenza Leroy Session**
      
      Defendants: **Deputy Steel Spencer - N - Doctor Cruz**
   
   2. Court (if federal court, name the district; if state court, name the county): **Southern District of Florida**
   
   3. Docket Number: **04-61691-CIV-ZLOCH**
   
   4. Name of Judge to whom case was assigned: **Magistrate Judge P.A. White**
   
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): **Still Pending**
   
   6. Approximate date of filing lawsuit: **17 Day of December, 2004**
   
   7. Approximate date of disposition: **?**

II. Place of present confinement: **Broward County Main Jail 555 SE 1st Street Fort Lauderdale Fla 33310    PO Box 9356**

2

A. Is there a prisoner grievance procedure in this institution:  Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X)   No ( )

C. If your answer is YES:
   1. What steps did you take? __Grievance__
   2. What was the result? __Negative__

D. If your answer is NO, explain why not: __N/A__

III. Parties
   ( In item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.) Plaintiff, Lorenza Leroy Session. Broward County Main Jail, Po Box 9356 Fort Lauderdale Florida 33310

B. Defendant __Armor Correctional Health Serives Inc.__
   Is employed as _____ at __Broward County Main Jail Po Box 9356 Fort Lauderdale Florida 33310__

C. Additional Defendants: __Doctor Campbel.__
   Employed By Armor Correctional Health Serives Inc.
   Adress = Broward County Main Jail
       Po. Box 9356   Fort Lauderdale Florida 33310

IV. Statement of Claim
   State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.
   ( Use as much space as you need. Attach extra sheets if necessary.)

This Complaint is Based on the Following

1. Deliberate Indifference to Prisoner's Serious Medical Injury Constitutes Cruel and Unusual Punishment in Violation of The Eighth Amendment.

2. Medical Mal-Pratice

3. Medical Negligence

4. Conspiracy

V.   Relief

**State briefly exactly what you want the court to do for you.**

Make no legal arguments,   Cite no cases or statutes.

I want to be Compensated in the Amount of $1,000,000 {One Million Dollars}   For My Pain And Suffering And For Mental Stre=

4

_____
_____
_____
_____
_____
_____
_____
_____
_____.

Signed this __13__ day of __MAY__, 2005

_____
_____
_____
(Signature of plaintiff or plaintiffs)

**VERIFICATION**

State of Florida
County of Broward

I _____, being first duly sworn, under oath, says: That he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

_____
Signature of Plaintiff

Subscribed and sworn to before me this _____ day of _____, 2003.

_____

Verification
State of Florida
County of Broward

Under penalty of perjury, I the plaintiff in this case declare that all of the facts described by me up to here is true to the best of my knowledge and belief 18 U.S.C. § 1621 and 28 U.S.C. § 1746.

Affirmed and Signed this 13 day of MAY, 2005

_____
Signature of the Affiant

PAGE 1

# Statement of Claim

## CHARGE,

Armor Correctional Health Serives Inc.
And
Doctor Campbel

For Deliberate Indifference To Prisoner Serious Medical Injury Constitutes Cruel and Unusual Punisment In Violation Of The Eighth Amendment.

Medical Mal-Pratice
Medical Negligence
And
Conspiracy

5-13-05

Page 2

On Aug 24 of 2004 I was Diagnosed with a Rupture Tendon in my Left Leg Also a Dislocated knee cap in my Left Leg. Also a Severe Back Strain in my Lower Back I Stay In Constant Pain. I am Incarcerated at Broward County Main Jail. In December of 2004 Broward County Jail Hired Armor Correctional Health Serives Inc. Armor Medical Hired Doctor Campbel To Work On The Inmates Thats Housed inside The Infirmary. Because of my Injury To my Leg and Back I Can Not Be Placed in to General Population so I am Housed Inside The Infirmary. I Have Been inside the Infirmary For over Six months And Stayed In Constant Pain. The Injury to my Leg and back is not going away on its own I need Surgery When every I walk I Stay In Constant Pain. Every time I See Doctor Campbel And tell him how Severe my Pains are He Just Put me on over The Counter Medication that don't Stop my Pain. I have already Wrote Three Grievance in Six months About This Problem. And have not recived A Responce From Armor medical. An Inmate must Rely On prison Authorities to treat his medical needs. if the Authorities fail to do so, those need will not be met. In The worst cases such a Failure my actually produce Physical Torture. In less serious cases, denial of medical care my Result in pain and suffering which no one Suggests would serve any penological purpose.

...Doctor Campbel Just put me on this over the counter Medication that don't work for a week or two at a time. When that medication run out in 14 Days it take another 14 days or more to Restart my medication this have been Going on for Six months. When my over the counter Medication Run out I have to Deal with the Full Force of my Pains. This is Deliberate Indifference to My Serious medical need's Constitutes Cruel and unusual Punishment that is in Violation of the Eighth Amendment. Armor gave Doctor Campbel The OK to give me The Surgery I Needed But Doctor Campbel Refuse to do So And Refuse to give me The proper medications I need for my Pains.

Florida Statutes
97 S. Ct. 285
429 U.S. 97. 97 S.Ct. 285 50 L. Ed. 2d 251
(Cite as 429 US. 97, 97 S Ct. 285)
West law 871 F. 2d 1030
Zeigler v. Jackson 716 F. 2d. 847, 849.
Cooper v. Pate 378 US 546 84 S Ct. 1733 12 LEd 2d. 1030
Gregg v. Georgia 428 US 153 169-173, 96 S.Ct. 2909 2923 49 LEd 2d 859
Carwell v. Bay County 854 F. 2d. 454 457
Estelle 429 U.S. at 104-05, 97 S.Ct at 291
Waldrop v. Evans, 871 F 2d 1030
Adams v. Wainwright 875 F.2d 1536

PAGE 4

Also Doctor Campbel prescibed Exercise for me to do Like it is Some Type of Pain Medication. I Realize my Leg get Stiff When I Stay off of it And Exercise Do make it Able For me to bend my Leg. But Exercise don't Stop my Pain. I am Diagnosed with A Rupture Tendon Over my Left Knee And Exercise don't Stop the Pain Or The Pain Coming From The Dislocated Knee Cap I have. My Knee Cap is about 2½ inch Lower Then What it Should be. Exercise Can not Fix A Rupture Tendon Nor Can it Fix A Dislocated Knee or A Severe Back Strain or Pinch Nerve I need Surgery To Stop The Pain I am Living with. I have told Doctor Campbel Over Ten Different times That the Over the Counter Medication that he prescibed to Me dont work. This Doctor Beleve That I Don't need Pain Killer That All I need is Exercise. Exercise Want Fix My Leg or Back. I need Surgery. I Recived my Injurys Within my Incarerating At the Broward County Jail And It's my Right to get Proper Medical Attention. I am Living a nightmare in pain This is Cruel And Unusual Punishment. And I deeply Feel Like the Pain and discomfort I Live With is Brought on By The negligence Of Armor Medical and Doctor Campbel. I would not Like to See Armor Correctional Health Serives Dismiss From This Law Suit. Because Doctor Campbel is Employed By Armor Medical And Armor Medical is Responsible For His Action. Also my Three Grivances was delivered to Armor Medical

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

/

*Lorenza Leroy Session* _____

### ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS

UPON CONSIDERATION of the Motion and Affidavit to Proceed in Forma Pauperis, it is

ORDERED that the Motion to Proceed in Forma Pauperis without prepayment of costs or fees or the necessity of giving security therefor in the above-entitled cause be and the same is hereby

_____
U.S. District Judge