**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60825-CIV-SEITZ
MAGISTRATE JUDGE P. A. WHITE

LORENZA LEROY SESSION, :

      Plaintiff, :

                          ORDER

v. :

ARMOR CORRECTIONAL CARE, :
ET AL.,

      Defendants. :

---

For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, ~~it is thereupon~~ and noting that no objections have been filed, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion to Dismiss [DE# 13] is granted.

2. The case is closed.

3. All pending motions not otherwise ruled upon by separate Order are dismissed, as moot.

DONE AND ORDERED at Miami, Florida, this 25th day of January, 2006.

                                              UNITED STATES DISTRICT JUDGE
                                              PATRICIA A. SEITZ

cc: Lorenza Leroy Session, Pro Se
     Kevin Monroe Vannatta, Esq.
     Daniel Lee Losey, Esq.